# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOHN HELLER** and **JUDITH HELLER,**
Appellants,

v.

**TOWER HILL SIGNATURE INSURANCE COMPANY,**
Appellee.

No. 4D17-1345

[April 12, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie Rowe, Judge; L.T. Case No. 2013CA013872.

Richard M. Benrubi of Law Office of Richard M. Benrubi, P.A., West Palm Beach, for appellants.

Jonathan S. Tannen and Scot Samis of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***